```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**ELIAS VIEYRA and**<br>**ISABELLE JACOBO VIEYRA,**<br><br>Debtors.<br>_____/ | Case No. **09-43816 LJT**<br><br>Chapter 13<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN** |

I, Isabelle Vieyra, declare:

1. I am one of the debtors in the above-captioned case.

2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

3. At the time I filed my chapter 13 case, on May 05, 2009, I was the owner of the real property located at 32386 Hampton Court, Union City, CA 94587 (the "property").

4. On March 20, 2009, I had the property appraised by Lance Davenport. A copy of the appraisal, which reflects a fair market value of $320,000, is attached hereto as Exhibit A and made a part hereof.

5. The property is encumbered by a First Deed of Trust in favor of BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing,

LP ("BAC") in the sum of $562,116.05, as evidenced by its proof of claim filed on May 22, 2009, a copy of which is attached as Exhibit B and made a part hereof.

6. BAC is also the beneficiary of a Second Deed of Trust against the property in the sum of $104,200.92, as evidenced by its proof of claim filed on May 22, 2009, a copy of which is attached as Exhibit C and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 30, 2009                    /s/  Isabelle Vieyra
                                             ISABELLE VIEYRA